# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re: ASHINC Corporation, et al

|  |  |
|---|---|
| **Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.**        Petitioners,<br>v.<br><br>**Catherine E. Youngman**<br>       Respondent. | ) ) ) ) ) ) Civil Action No.  21-1650 UNA ) ) Bankruptcy Case No. 12-11564 (CSS) ) ) Adv. Proc. No. 13-50530 (CSS) ) ) ) |

## NOTICE

A Motion To Withdraw the Reference to the Bankruptcy Court was docketed in the U.S. District Court on **11/23/2021**.  **Upon assignment of this case, counsel shall submit to the Clerk's Office of the U.S. District Court courtesy copies of the Motion to Withdraw and any related briefing**.

When filing papers, please include the case caption, civil action number, and the initials of the Judge assigned.   Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                John A. Cerino
                                                                Clerk of Court

Date:   November 23, 2021
cc:       U.S. Bankruptcy Court
          Counsel